### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS, INDIANA

| | |
|---|---|
| **JEROME GRAY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| **HAYNES INTERNATIONAL, INC.** | ) |
| **UNITED STEELWORKERS** | ) |
| **Defendant.** | ) |

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, name-above, complains of act and omissions by the Defendants, Haynes International, Inc. ("Haynes") and United Steelworkers ("United"). In support of his Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

### JURISDICTION

1. This suit is authorized and instituted pursuant 29 U.S.C. §151 et seq.

### PARTIES

2. Plaintiff at all relevant times resided in the Southern District of Indiana.

3. Defendant, Haynes International, Inc. is a corporation doing business in the State of Indiana in the Southern District of Indiana.

4. Defendant, United Steelworkers is a corporation doing business in the State of Indiana in the Southern District of Indiana.

### FACTS

5. On April 12, 2004, Plaintiff began working for Defendant, Haynes, as a C-Operator.

6.  Later, Plaintiff was promoted to A-Operator and Team Lead.

7.  Plaintiff performed his job well.

8.  Plaintiff is a member of the United Steelworkers Union No. 2958.

9.  As a member of the Union, Plaintiff and Defendants are subject to the collective bargaining agreement.

10. On July 8, 2024, Plaintiff was terminated allegedly for creating a hostile work environment.

11. However, Plaintiff did not create a hostile environment, in fact the Plaintiff had not received any discipline since December 2023 for allegedly using his cellphone in an unauthorized area.

12. Defendant – Haynes breached article XVII, Section B, Paragraph 345 and all other applicable articles and sections of the collective bargaining agreement.

13. On July 8, 2024, Plaintiff and Defendant, United filed a grievance contesting his grievance.

14. On July 9, 2024, Plaintiff and Defendant – United appealed Plaintiff's termination to the third step.

15. On October 17, 2024, Defendant-Union withdrew Plaintiff's grievance.

16. Plaintiff never requested the Union withdraw his grievance.

17. Defendant – United failed to represent Plaintiff during the grievance process, thus, breaching its duty of fair representation to Plaintiff.

18. Defendant – Haynes terminated Plaintiff in breach of the Collective Bargaining Agreement.

## COUNT I

19. Plaintiff incorporates by reference paragraphs 1-18.

20. Defendant – Haynes, violated the Collective Bargaining Agreement, 29 U.S.C. § 185, when they terminated Plaintiff.

## COUNT II

21. Plaintiff incorporates by reference paragraphs 1 - 18.

22. Defendant – United, violated the 29 U.S.C. § 141 when they failed to provide Plaintiff with fair representation.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff his cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Amber K. Boyd

Amber K. Boyd, 31235-49
Attorney for Plaintiff

**REQUEST FOR JURY TRIAL**

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

s//Amber K. Boyd

Amber K. Boyd, 31235-49
Attorney for Plaintiff

Amber K. Boyd, 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 960-5070